**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1245**

DAVID E. HENDERSON,

                    Plaintiff – Appellant,

          v.

JOHN NALAND, President American Foreign Service Association
(AFSA); SHARON LATE, General Counsel American Foreign
Service Association (AFSA),

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge.  (1:08-cv-00535-LMB-TCB)

Submitted:  May 21, 2009              Decided:  May 28, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David E. Henderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Henderson appeals the district court's order dismissing his action summarily asserting that Defendants refused to help him in obtaining the medical retirement benefits he was allegedly denied in 1981, and asking his former union to proceed on his written request for benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Henderson v. Naland, No. 1:08-cv-00535-LMB-TCB (E.D. Va. February 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2